UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23193-CIV-MARTINEZ/OTAZO-REYES

JEAN EMMANUEL DORVIL,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

    Defendant.

_____/

## ORDER

**THE MATTER** comes before the Court upon competing motions for costs filed by Plaintiff and Defendant, in which both parties claim to be the prevailing party (DE 140, DE 151). This matter was referred to the Honorable Alicia M. Otazo-Reyes for appropriate disposition pursuant to 28 U.S.C. § 636. (DE 155). Judge-Otazo-Reyes recommended that Defendant's Motion to Tax Costs be denied and that Plaintiff's Motion to Tax Costs be granted in the sum of $2,722.44. (DE 174). Neither party objected. Accordingly, after careful consideration, it is

**ORDERED AND ADJUDGED** that Judge Otazo-Reyes' Report and Recommendation (DE 174) is **AFFIRMED AND ADOPTED**. Defendant's Motion for Costs (DE 151) is **DENIED** and Plaintiff's Motion for Costs is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE