UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23193-CV-MARTINEZ

JEAN EMMANUEL DORVIL,

    Plaintiff,
v.

NATIONSTAR MORTGAGE LLC,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for appropriate disposition (DE 155). Magistrate Judge Otazo-Reyes filed a Report and Recommendation ("R&R") recommending that Plaintiff's Motion for Entitlement to Attorneys' Fees be granted. (DE 180). Nationstar filed objections, which the Court has considered even through the objections were untimely. (DE 183). The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 180) is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Entitlement to Attorneys' Fees (DE 170) is **GRANTED**. Plaintiff is directed to file a motion regarding the amount of fees, together with supporting documentation, no later than June 25, 2021.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of June, 2021.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE