UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-23193-CIV-MARTINEZ-OTAZO-REYES

JEAN EMMANUEL DORVIL,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Award of Reasonable Attorney's Fees. (ECF No. 189). Magistrate Judge Otazo-Reyes filed a Report and Recommendation, recommending that Plaintiff's Motion for Attorney's Fees be granted in part. (ECF No. 204).

The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that

1. United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 204), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Attorney's Fees, (ECF No. 189), is **GRANTED IN PART**. Plaintiff is awarded **$57,725.80** in attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of February, 2022.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record